UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SALLY CRUZ ROBERTO,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 21-00015<br><br>ORDER |

This matter comes before the Court on the motion for withdrawal by counsel for Defendant Sally Cruz Roberto, Phillips & Bordallo, P.C., by Michael F. Phillips. The Court finds, based on Mr. Phillips declaration, that neither party would be prejudiced by withdrawal and that withdrawal would not unduly burden the Court. Accordingly, the motion for withdrawal is GRANTED.

DATED this 13th day of July 2021.

　　　　　　　　　　　　　　　　　　　／s／ John C. Coughenour
　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
CRIMINAL CASE NO. 21-00015
PAGE - 1