IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 1:21-cr-00015-001 |
| Plaintiff, | |
| vs. | NOTICE OF HEARING |
| **Sally Cruz Roberto,** | |
| Defendant. | |

**PLEASE TAKE NOTICE** that an in person Status Hearing is scheduled for **July 30, 2021 at 9:00 a.m.** before Senior Judge John C. Coughenour.

Dated:  __27 July 2021__.

JEANNE G. QUINATA, Clerk of Court

By:  */s/ Carmen B. Santos*
CARMEN B. SANTOS
Deputy Clerk