# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: 1:21-cr-00015-001          DATE: August 04, 2021

HON. JOHN C. COUGHENOUR, Senior District Judge, Presiding
Law Clerk: Richard Lintermans      Court Recorder: Carmen Santos
Courtroom Deputy: Carmen B. Santos      Hearing Times: 9:15 - 9:21

**APPEARANCES:**
Defendant: Sally Cruz Roberto      Attorney:
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☐ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David      U.S. Agent: Carla Lease, SA FBI
U.S. Probation: Janet Yamashita
Interpreter:      Language:

**PROCEEDINGS: Status Hearing**
- Defendant consented to hearing proceeding by video.
- Defendant did not consent to representation by Mr. Ramos for purposes of this proceeding and arraignment.
- Financial affidavit form provided to defendant. USPO Yamashita offered to assist defendant in filling out the form.
- Proceedings continued to: August 5, 2021 at 9:00 AM.
- Defendant released as previously ordered.

NOTES: Attorney Jon Ramos also present.