# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: 1:21-cr-00015-001	DATE: August 05, 2021

HON. JOHN C. COUGHENOR, Senior District Judge, Presiding
Law Clerk: Richard Lintermans	Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos	Hearing Times: 8:58 - 9:05

**APPEARANCES:**

Defendant: Sally Cruz Roberto	Attorney: Jeffrey A. Moots
☑ Present ☐ Custody ☐ Bond ☑ P.R.	☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Marivic P. David	U.S. Agent:
U.S. Probation: Janet Yamashita
Interpreter:	Language:

**PROCEEDINGS: CONTINUED STATUS HEARING AND ARRAIGNMENT**

- Defendant consented to proceeding by video.
- Financial Affidavit reviewed and accepted: Jeffrey A. Moots appointed to represent the defendant.
- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Not guilty as to all counts.
- Trial Scheduling Order to be issued.
- Defendant to remain released as previously ordered.

NOTES: