**LAW OFFICES**
**CUNLIFFE & COOK**
210 Archbishop Flores St., Ste. 200
Hagåtña, GU 96910-5189
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: Defendant

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 21-00015 |
|---|---|---|
| Plaintiff. | ) | |
| vs. | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| SALLY CRUZ ROBERTO, | ) | |
| Defendant. | ) | |

**COMES NOW,** Counsel, Jeffrey A. Moots, pursuant to ABA Model Rules of Professional Conduct, Rules 1.9(a) and 1.18(a & b) moves the Court for an order allowing counsel to withdraw and appoint new trial counsel for Defendant Roberto. Following the receipt of the discovery, Counsel ran conflicts check of names contained in the discovery. The record search indicates that on September 4, 2019, Counsel met with Teresa Pereda for approximately one hour. Ms. Pereda is alleged to be a co-conspirator of Defendant Roberto. Counsel has no file or independent recollection of the meeting with Ms. Pereda which most likely indicates the meeting was to discuss possible representation. Pursuant to Model Rule 1.18(b), even if no formal attorney client relationship ensues, the attorney must still comply with Rule 1.9 before any representation of another party in a related manner.

Rule 1.9(b) allows for the former client, or in the present case, the former prospective client, to give written consent to waive the potential conflict. Currently, Ms. Pereda is represented by the Federal Public Defender's Office. Counsel contacted Ms. Pereda's current counsel asking that they inform Ms. Pereda of the conflict and discuss with her the possibility of waving the conflict. On August 16, 2021, Counsel was informed that Ms. Pereda declined to waive the potential conflict.

Following receipt of the information that Ms. Pereda declined to waive the conflict, counsel informed Defendant Roberto of the need to withdraw. Defendant Roberto was further told that a motion to withdraw would be filed with the court seeking new counsel to represent her.

Based on the above representation, Counsel for Defendant Roberto respectfully moves the court for an order allowing him to withdraw and appoint new counsel to represent Defendant Roberto in this matter.

Respectfully submitted this 16TH day of August, 2021.

CUNLIFFE & COOK
A Professional Corporation

By _____
JEFFREY A. MOOTS, ESQ.